# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DANIEL TREVINO,

    Plaintiff,

v.                                         Case No. 16-14338

MICHAEL TEACHOUT, JACKSON
NARCOTICS ENFORCEMENT TEAM,
AMY BRETES, and CRAIG
EDMONDSON,

    Defendants.
                                        /

## JUDGMENT

In accordance with the court's February 6, 2018 and November 5, 2018 "Opinion and Order Granting Defendants' Motions for Summary Judgment,"

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants Jackson Narcotics Enforcement Team, Michael Teachout and Amy Bretes and against Plaintiff Daniel Trevino.

                                          DAVID J. WEAVER
                                          CLERK OF THE COURT

Dated: November 5, 2018        By:    s/Lisa G Wagner
                                          Lisa Wagner, Deputy Clerk and
                                          Case Manager to
                                          Judge Robert H. Cleland

APPROVED BY:

s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE